UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSTIN WILLIAM TOMASZYCKI,

    Petitioner,

v.

                                      Case No. 22-cv-11218
                                      Hon. Matthew F. Leitman

GARY MINIARD,

    Respondent.
_____/

**ORDER (1) DIRECTING RESPONDENT TO FILE SINGLE, UNIFIED RESPONSE TO PETITION FOR HABEAS CORPUS AND (2) DENYING RESPONDENT'S MOTION FOR DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER HABEAS RULE 4 (ECF No. 8)**

    Petitioner Dustin William Tomaszycki is currently incarcerated in the Saginaw Correctional Facility ("SCF") in Freeland, Michigan. On May 27, 2022, Tomaszycki filed a petition for habeas corpus relief under 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) Instead of filing a full response to the petition, Respondent Gary Miniard filed a motion to dismiss the petition on the ground that it is time-barred. (*See* Mot., ECF No. 8.)

    The Court concludes that the best way to proceed in this action is to have Respondent file a single response to the petition in which Respondent sets forth *all* of his defenses – both procedural and substantive (and including the limitations defense that Respondent has separately presented in the motion to dismiss) – to the

1

claims in the petition. The Court **DIRECTS** Respondent to file that single, unified response by not later than **November 17, 2023**. For now, the Court will **DENY WITHOUT PREJUDICE** Respondent's motion to dismiss (ECF No. 8). The Court will revisit Respondent's statute of limitations defense as appropriate when the Court undertakes a single review of the petition and forthcoming unified response.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126