UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSTIN WILLIAM TOMASZYCKI,

    Petitioner,　　　　　　　　　　　　Civil No. 22-cv-11218
　　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

GARY MINIARD,

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED,** a certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **GRANTED**.

　　　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　s/Holly A. Ryan
　　　　　　　　　　　　　　　　　　Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: June 3, 2025
Detroit, Michigan

1